No. 284. LAPIDES *v.* CLARK, ATTORNEY GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. McGrath substituted as a party respondent for Clark. Certiorari denied. *Jack Wasserman, Irving Jaffe, William Maslow* and *Abram Orlow* for petitioner. *Solicitor General Perlman, Assistant Attor-*

*ney General Campbell, Robert S. Erdahl* and *L. Paul Winings* for respondents. *Marcus Cohn* filed a brief for the American Jewish Committee, as *amicus curiae,* supporting the petition.